## United States District Court for the Northern District of Illinois

Case Number: 08cv3017              Assigned/Issued By: j. n.

Judge Name: andersen               Designated Magistrate Judge: denlow

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 2802244

Date Payment Rec'd: 5-23-08                Fiscal Clerk: j. n.

**ISSUANCES**

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _5/23/08_ as to _defendant_
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05