IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK SALINSKE, for himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>CALUMET CITY, ILLINOIS,<br><br>              Defendant. | Case No. 08-CV-3017<br>Judge Andersen<br>Magistrate Judge Denlow |

## WAIVER OF THE SERVICE OF SUMMONS

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objection to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or motion under Rule 12 within 60 days from June 6, 2008, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

DATED: 6/9/08

Respectfully submitted,

By: _Mark H. Sterk_ (signature)
     Mark H. Sterk

165247v1

## CERTIFICATE OF SERVICE

I, Mark A. Semisch, an attorney, hereby certify that on June 13, 2008, I caused the foregoing **WAIVER OF THE SERVICE OF SUMMONS** to be served by Electronic Mail Transmission via the ECF System upon:

> John B. Murphy
> ROSENTHAL MURPHEY & COBLENTZ
> 30 North LaSalle Street
> Suite 1624
> Chicago, Illinois 60602
> jmurphey@mcj.com
>
> Mark H. Sterk
> ODELSON & STERK, LTD.
> 3318 West 95th Street
> Evergreen Park, Illinois 60805
> msterk@odelsonsterk.com

/s/ Mark A. Semisch
Mark A. Semisch