## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Nick Salinske

                   Plaintiff,

v.                                                    Case No.: 1:08–cv–03017
                                                      Honorable Wayne R. Andersen

Calumet City, Illinois

                   Defendant.

---

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 23, 2008

                                     /s/ Wayne R. Andersen

                                 United States District Judge