## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| NICK SALINSKE, for himself and all others similarly situated, | ) | |
| | ) | |
| | ) | Case No. 08-cv-03017 |
| *Plaintiffs,* | ) | |
| | ) | Judge Wayne R. Anderson |
| v. | ) | Magistrate Judge Morton Denlow |
| | ) | |
| | ) | |
| CALUMET CITY, ILLINOIS, | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### NOTICE OF MOTION

To:   John B. Murphey                         Mark H. Sterk
      Rosenthal Murphey & Coblentz            Odelson & Sterk, Ltd.
      30 North LaSalle Street                 3318 West 95th Street
      Suite 1624                              Evergreen Park, Illinois 60805
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on July 17, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Anderson in courtroom 1403 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **PLAINTIFF NICK SALINSKE'S MOTION FOR CLASS CERTIFICATION**, a copy of which is attached hereto.

Dated: July 11, 2008                          Respectfully submitted,

                                              **NICK SALINSKE**


                                              By:    /s/ Patrick T. Nash
                                                     One of His Attorneys

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Mark A. Semisch
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700

150904.1