### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NICK SALINSKE, for himself and all others similarly situated,<br><br>          *Plaintiffs,*<br><br>   v.<br><br><br>CALUMET CITY, ILLINOIS,<br><br><br><br>          *Defendant.* | Case No. 08-cv-03017<br><br>Judge Wayne R. Anderson<br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

To:    John B. Murphey                Mark H. Sterk
       Rosenthal Murphey & Coblentz   Odelson & Sterk, Ltd.
       30 North LaSalle Street         3318 West 95th Street
       Suite 1624                     Evergreen Park, Illinois 60805
       Chicago, Illinois 60602

PLEASE TAKE NOTICE that on July 17, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Anderson in courtroom 1403 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**, a copy of which is attached hereto.

Dated: July 11, 2008             Respectfully submitted,

                                **NICK SALINSKE**


                                By:    /s/ Patrick T. Nash
                                      One of His Attorneys

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Mark A. Semisch
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700

489898.1