IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Nick Salinske, for himself and all others similarly situated,**<br><br>         **Plaintiff,**<br><br> vs.<br><br>**Calumet City, Illinois,**<br><br>         **Defendant.** | No. 08 CV 3017<br><br>Judge Wayne R. Anderson<br><br>Magistrate Judge Morton Denlow |

### NOTICE OF MOTION

**TO:**  Philip C. Stahl    Mark H. Sterk
     Patrick T. Nash    Odelson & Sterk, Ltd.
     Donald P. Bunnin   3318 West 95th Street
     Mark A. Semisch   Evergreen Park, Ill.
     Grippo & Elden    60805
     111 South Wacker Drive
     Chicago, Illinois 60606

  PLEASE TAKE NOTICE that on **Thursday, July 17, 2008**, I shall appear before the Honorable Wayne R. Anderson, at the Dirksen Federal Building, 219 S. Dearborn St., Room 1403 Chicago, Illinois at **9:00 a.m.** or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **MOTION TO DISMISS COMPLAINT,** a copy of which is attached hereto and served upon you herewith.

                       /s/ John B. Murphey

JOHN B. MURPHEY
ARDC # 1992635
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for City of Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel.: (312) 541-1070
Fax: (312) 541-9191

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Philip C. Stahl  
Patrick T. Nash  
Donald P. Bunnin  
Mark A. Semisch  
Grippo & Elden  
111 South Wacker Drive  
Chicago, Illinois 6060  

Mark H. Sterk  
Odelson & Sterk, Ltd.  
3318 West 95th Street  
Evergreen Park, Illinois 60805  

    /s/   Douglas M. Doty  
ROSENTHAL, MURPHEY & COBLENTZ  
Attorneys for the City of Calumet City  
30 North LaSalle Street, Suite 1624  
Chicago, Illinois 60602  
Tel. (312) 541-1070  
Fax (312) 541-9191