IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nick Salinske, for himself and all others similarly situated, | ) ) | |
| | ) | Case No. 08 CV 3017 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Judge Wayne R. Anderson |
| Calumet City, Illinois, | ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

**DEFENDANT CITY OF CALUMET CITY RESPONSE TO MOTION
FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION**

The City of Calumet City, through its attorney John B. Murphey, submits the following response to Plaintiff's Motion for Temporary Restraining Order.

1. Judge Coar correctly denied an identical Motion filed by the Plaintiffs in the Mann litigation. See **Exhibit 1.**

2. There is no emergency. See **Exhibit 2**.

3. Plaintiff is having no problem marketing his property as a multi-unit dwelling. This Court may take judicial notice of the listing for the Subject Property, which says in part:

> 2 flat with many updates … upper unit has 3 bedrooms … both units are rented, but both could rent for more. Immediate money maker! Tenant pays utilities.

4. There is no basis for this Court to restrain enforcement of the Ordinance for a period of no more than 20 days under FRCP 65(b) and 28 U.S.C. §1292(a)(1).

5. The Motion for Preliminary Injunction should be briefed in conjunction with the City's Motion to Dismiss.

                                                                   City of Calumet City

                                                                   By:  /s/ John B. Murphey

| | |
|---|---|
| JOHN B. MURPHEY/ARDC #1992635 | MARK STERK/ARDC #3125540 |
| Rosenthal, Murphey & Coblentz | Odelson & Sterk, Ltd. |
| 30 North LaSalle Street, Suite 1624 | 3318 West 95th Street |
| Chicago, Illinois 60602 | Evergreen Park, Illinois 60805 |
| Tel. (312) 541-1070/Fax (312) 541-9191 | Tel. (708) 424-5678/Fax (708) 424-5829 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Philip C. Stahl | Mark H. Sterk |
| Patrick T. Nash | Odelson & Sterk |
| Donald P. Bunnin | 3318 W. 95th St. |
| Mark A. Semisch | Evergreen Park, Ill. 60805 |
| Grippo & Elden | |
| 111 South Wacker Drive | |
| Chicago, Illinois 60606 | |

        /s/    Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191

G:\rmcj\calumet City\salinske\Response to Mot for TRO.doc

Filename:	Response to Mot for TRO
Directory:	G:\rmcj\Calumet City\Salinske
Template:	C:\Documents and Settings\Mary\Application Data\Microsoft\Templates\Normal.dot
Title:	IN THE UNITED STATES DISTRICT COURT
Subject:	
Author:	Cleo
Keywords:	
Comments:	
Creation Date:	7/14/2008 11:09 AM
Change Number:	7
Last Saved On:	7/14/2008 12:14 PM
Last Saved By:	Cleo
Total Editing Time:	21 Minutes
Last Printed On:	7/14/2008 2:13 PM
As of Last Complete Printing
    Number of Pages: 2
    Number of Words:	360 (approx.)
    Number of Characters:	2,056 (approx.)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 555 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Mann, et al vs. Calumet City, Illinois | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/28/2008 regarding motion for temporary restraining order[38], motion for miscellaneous relief[41]. For the reasons stated on the record, Plaintiffs' Motion for temporary restraining order and/or preliminary injunction [38] is denied.. Plaintiffs' Motion to defer scheduling conference scheduled for 5-29-08 [41] is denied, however, the Court will strike the Scheduling Conference set for 5/29/2008. Within fourteen days, the parties shall meet and confer pursuant to Rule 26(f) (Fed.R.Civ.P.), five days thereafter the parties shall file (e-file on the docket) a Report of Parties' Planning Conference pursuant to Rule 26(f) and the Proposed Scheduling Order pursuant to Rule 16(b). The Court will enter a completed schedule after the filing of the Report and Proposed Order.

Docketing to mail notices.

00:30





| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

## A must-see listing!!!!



Price: $ 135,000
MLS #: 06803370

Address:
527 155th St
Calumet City, IL 60409

Bedrooms: 5
Full Baths: 2
Half Baths: 1

   

2 FLAT WITH MANY UPDATES - MANY NEWER WINDOWS, NEW FLOORING CARPETING, PLUMBING. BOTH KITCHENS & ALL BATHS (2.1) RECENTLY REMODELED. MUCH OF IT FRESHLY PAINTED. NEW APPLIANCES IN BOTH UNITS. UPPER UNIT HAS 3 BEDRMS -2 OF THEM ARE LARGE. BOTH UNITS ARE RENTED, BUT BOTH COULD RENT FOR MORE. IMMEDIATE MONEY MAKER! TENANT PAYS UTILITIES.



**Agent Information**
Donna Hanrahan



McCOLLY Real Estate
mccolly.com
Excellence since 1974

**Office Information**
McCOLLY Real Estate
(708) 367-1200
1060 E Exchange St
Crete, IL 60417
http://www.mccolly.com



Information is deemed reliable, however, no warranty is implied, guaranteed, or provided as to the accuracy of information as it was provided by a third party.



EXHIBIT 2