**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Nick Salinske, for himself and all others similarly situated, | ) | Case No. 08 CV 3017 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Judge Wayne R. Anderson |
| Calumet City, Illinois, | ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

**MOTION TO DEFER CLASS ACTION MOTION
PENDING ADJUDICATION OF MOTION TO DISMISS**

Defendant City of Calumet City, by its attorneys John B. Murphey and Mark Sterk, move that this Court defer any consideration of plaintiff's "Motion to Certify Class" pending adjudication of the City's Motion to Dismiss the Complaint herein.  In support of this Motion, the City states:

1.      The real plaintiff in this case is the local Realtors Association, which for the last several years has been attempting without success to invalidate the City's point of sale inspection ordinance.  MainStreet Organization of Realtors v. Calumet City, 505 F.3d 742 (7th Cir. 2007), cert denied 2008 WL 412430; Walker v. Calumet City, 07 C 6148 (case dismissed by Judge Shadur on mootness ground); Mann v. Calumet City, 08 C 550, pending before Judge Coar.

2.      The allegations of this lawsuit are virtually identical to the allegations in the Mann Complaint.  The City has moved to dismiss the Mann Complaint and has filed its supporting memorandum.  The City is awaiting Plaintiff's response.

3.      The present case presents facial challenges to the City's ordinance.  Facial challenges to a law present purely legal questions, lending themselves to disposition on a 12(b)(6) Motion.

4.      Plaintiff's extremely heavy burden is also clear.  Because this case does not involve First Amendment issues, Plaintiff "can only succeed in a facial challenge by establishing that no set of circumstances exists under which the [ordinance] would be valid, i.e. that the law is unconstitutional in all of its application."   Washington State Grange v. Washington State Republican Party, 128 S.Ct. 1184, 1190 (2008) [internal cites and punctuation omitted]; Crawford v. Marion County Election Board, 128 S.Ct. 1610, 1621 (2008) (parties bringing a facial challenge to a law "bear a heavy burden of persuasion.").

5.      Under these circumstances, the City submits that this Court follow Seventh Circuit precedent and defer determination of class certification issues pending adjudication of the Motion to Dismiss.   Cowen v. Bank United of Texas, 70 F.3d 937, 941 (7th Cir. 1995) (because "class actions are expensive to defend," a merits determination on a Motion to Dismiss may be appropriate before certification issues are addressed); Chavez v. Illinois State Police, 251 F.3d 612, 629-30 (7th Cir. 2001).

6.      Given the limited nature of the challenges in this case, it is not practicable to brief and argue class issue certification issues prior to adjudication on the merits of the ordinance.

Accordingly, the City respectfully prays that this Court defer any class certification proceedings pending disposition of the City's Motion to Dismiss.

City of Calumet City

By:    /s/ John B. Murphey

JOHN B. MURPHEY/ARDC #1992635
Rosenthal, Murphey & Coblentz
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070/Fax (312) 541-9191

MARK STERK/ARDC #3125540
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
Tel. (708) 424-5678/Fax (708) 424-5829

G:\rmcj\calumet City\salinske\Motion to Defer Class Action.doc

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Philip C. Stahl                          Mark H. Sterk
Patrick T. Nash                        Odelson & Sterk
Donald P. Bunnin                    3318 W. 95th St.
Mark A. Semisch                    Evergreen Park, Ill. 60805
Grippo & Elden
111 South Wacker Drive
Chicago, Illinois 60606

        /s/    Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191

Filename:         Motion to Defer Class Action
Directory:        G:\rmcj\Calumet City\Salinske
Template:       C:\Documents and Settings\Mary\Application
    Data\Microsoft\Templates\Normal.dot
Title:            IN THE UNITED STATES DISTRICT COURT
Subject:
Author:         Cleo
Keywords:
Comments:
Creation Date:    7/14/2008 10:46 AM
Change Number: 7
Last Saved On:   7/14/2008 12:07 PM
Last Saved By:   Cleo
Total Editing Time: 18 Minutes
Last Printed On:  7/14/2008 2:10 PM
As of Last Complete Printing
    Number of Pages: 3
    Number of Words:    604 (approx.)
    Number of Characters:  3,448 (approx.)