IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Nick Salinske, for himself and all others similarly situated,**<br><br>　　　　　　　　　　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**Calumet City, Illinois,**<br><br>　　　　　　　　　　　　　　**Defendant.** | No. 08 CV 3017<br><br>Judge Wayne R. Anderson<br><br>Magistrate Judge Morton Denlow |

### NOTICE OF MOTION

**TO:**   Philip C. Stahl　　　　　　Mark H. Sterk
　　　　Patrick T. Nash　　　　　　Odelson & Sterk, Ltd.
　　　　Donald P. Bunnin　　　　　3318 West 95th Street
　　　　Mark A. Semisch　　　　　Evergreen Park, Ill.
　　　　Grippo & Elden　　　　　　60805
　　　　111 South Wacker Drive
　　　　Chicago, Illinois 60606

　　　　PLEASE TAKE NOTICE that on **Thursday, July 17, 2008**, I shall appear before the Honorable Wayne R. Anderson, at the Dirksen Federal Building, 219 S. Dearborn St., Room 1403 Chicago, Illinois at **9:00 a.m.** or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **MOTION TO DEFER CLASS ACTION MOTION PENDING ADJUDICATION OF MOTION TO DISMISS,** a copy of which is attached hereto and served upon you herewith.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John B. Murphey

JOHN B. MURPHEY
ARDC # 1992635
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for City of Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois  60602
Tel.: (312) 541-1070
Fax: (312) 541-9191

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Philip C. Stahl | Mark H. Sterk |
| Patrick T. Nash | Odelson & Sterk, Ltd. |
| Donald P. Bunnin | 3318 West 95th Street |
| Mark A. Semisch | Evergreen Park, Illinois 60805 |
| Grippo & Elden | |
| 111 South Wacker Drive | |
| Chicago, Illinois 6060 | |

           /s/    Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for the City of Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax (312) 541-9191