# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Nick Salinske

                Plaintiff,

v.                                     Case No.: 1:08–cv–03017
                                           Honorable Wayne R. Andersen

Calumet City, Illinois

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Plaintiffs motions to certify class [18]and for temporary restraining order [12] are entered and continued to 7/18/2008 @ 9:30 a.m. Motion hearing held on both motions. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.