IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK SALINSKE, for himself and all others similarly situated, )<br>)<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>)<br>CALUMET CITY, ILLINOIS, )<br>)<br>)<br>*Defendant.* )<br>) | Case No. 08-cv-03017<br><br>Judge Wayne R. Anderson<br><br>Magistrate Judge Morton Denlow |

### INITIAL STATUS REPORT

1.  **Claims Asserted in the Complaint.** Plaintiff seeks declaratory and injunctive relief in connection with its claim that Defendant's Point of Sale Inspection Ordinance is unconstitutional. Count I of the complaint, brought pursuant to 42 U.S.C. § 1983 and 28 U.S.C. §§ 2201 & 2202, claims that the Defendant's Point of Sale Inspection Ordinance unreasonably and unconstitutionally restrains the alienability of property. Count II alleges that the Defendant's Point of Sale Inspection Ordinance, including its deconversion provisions, fails to provide homeowners with procedural due process and vests city inspectors with unfettered discretion to order repairs as part of point of sale inspections. Count III of the complaint charges the Defendant with arbitrarily refusing to issue re-build letters or confirmation that property is legal nonconforming and thus effectively preventing owners from selling legal nonconforming property unless they immediately deconvert it or conform to current zoning classifications.

The Defendant asserts, inter alia, that the Ordinance is a reasonable exercise of the police power, and is constitutional on its face. Defendant further asserts that Plaintiff has not stated a cognizable constitutional claim.

No counterclaim or third-party complaint has been filed.

2. **Relief Sought.** Plaintiff does not seek monetary damages. Plaintiff seeks injunctive and declaratory relief for each claim asserted in the complaint. Additionally, Plaintiff seeks class action certification and an award of reasonable attorneys fees and expenses.

3. **Referral Order**. A copy of the referral order is attached hereto.

4. **Status of Matters Being Briefed**. The parties are not currently briefing any matters related to discovery. On July 11, Plaintiff filed a motion for class certification and a motion for TRO/ Preliminary Injunction. On July 14, 2008, Defendant filed a Motion to Dismiss the Complaint, a response to Plaintiff's Motion for TRO/Preliminary Injunction, and a Motion to defer the class action certification proceedings pending disposition of the Motion to Dismiss. All motions are set for an initial hearing on July 17 at 9:00 a.m. The issues in this case are also being litigated in *Mann v. Calumet City*, 08 C 555, pending before Judge Coar. The City has moved to dismiss the *Mann* complaint, and the matter is being briefed. The Mann action is not a class action.

5. **Consent.** The parties do not consent to trial before a magistrate judge.

6. **Settlement Negotiations.** The parties are not engaged in settlement discussions because Plaintiff does not seek monetary damages. Thus, the Plaintiff does not have any itemization of damages. Defendant is enforcing the Ordinance at issue in this action.

Dated: July 17, 2008

513712.1

| | |
|---|---|
| **CALUMET CITY, ILLINOIS** | **NICK SALINSKE** |
| By: /s/ John B. Murphey<br>One of Its Attorneys | By: /s/ Patrick T. Nash<br>One of his Attorneys |
| John B. Murphey<br>ROSENTHAL, MURPHEY & COBLENTZ<br>30 North LaSalle Street<br>Suite 1624<br>Chicago, IL 60602<br>(312) 541-1070 | Philip C. Stahl<br>Patrick T. Nash<br>Donald P. Bunnin<br>Mark A. Semisch<br>GRIPPO & ELDEN LLC<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 704-7700 |
| Mark H. Sterk<br>Odelson & Sterk, Ltd.<br>3318 West 95th Street<br>Evergreen Park, Illinois 60805<br>(708) 424-5678 | |

3

513712.1

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Nick Salinske

                        Plaintiff,

v.                                          Case No.: 1:08−cv−03017
                                                 Honorable Wayne R. Andersen

Calumet City, Illinois

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 23, 2008

                                                                      /s/ Wayne R. Andersen
                                                                    United States District Judge

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, certify that on this 17th day of July, 2008, I served the foregoing **INITIAL STATUS REPORT** to the following by Electronic Mail Transmission via the ECF System upon:

>Mark H. Sterk
>ODELSON & STERK, LTD.
>3318 West 95th Street
>Evergreen Park, Illinois  60805
>
>John B. Murphey
>ROSENTHAL, MURPHEY & COBLENTZ
>30 North LaSalle Street
>Suite 1624
>Chicago, IL  60602

>/s/ Patrick T. Nash
>Patrick T. Nash

513712.1