UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Nick Salinske
                        Plaintiff,

v.                                            Case No.: 1:08–cv–03017
                                            Honorable Wayne R. Andersen

Calumet City, Illinois
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen: Motion hearing held on 7/18/2008. Plaintiff's motion to certify class [18], motion for temporary restraining order/and preliminary injunction [21], defendant's motion to dismiss [25], and motion to defer class action motion pending adjudication of motion to dismiss [29] are entered. The parties are directed to draft an agreed order with the briefing schedule on these motions as set in open court and file it as soon as possible. Ruling on the motions will be by mail unless otherwise notified. Status hearing set for 10/2/2008 at 9:00 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.