# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 3017 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Nick Salinske vs. Calumet City, Illinois | | |

**DOCKET ENTRY TEXT**

Enter scheduling order. Status hearing set for 10/2/2008 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUL 30 AM 8:36
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA / ttl