MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK SALINSKE, for himself and all others similarly situated, ) ) ) ) *Plaintiffs*, ) ) v. ) ) ) ) CALUMET CITY, ILLINOIS, ) ) ) ) *Defendant.* ) | Case No. 08-cv-03017 Judge Wayne R. Anderson Magistrate Judge Morton Denlow |

## SCHEDULING ORDER

This matter came before this Court for a status hearings on various motions on July 18, 2008. It is hereby ordered:

A. Plaintiff will file his Amended Motion for Class Certification on or before July 25, 2007.

B. Defendant will file its Memorandum in Support of its Motion to Dismiss, Response to Motion for Temporary Restraining Order and/or Preliminary Injunction, and Response to the Amended Motion for Class Certification on or before August 8, 2008.

C. Plaintiff with file his Response to the Motion to Dismiss, Reply Memorandum in Support of the Motion for Temporary Restraining Order and/or Preliminary Injunction, and Reply Memorandum in Support of the Amended Motion for Class Certification on or before August 29, 2008.

D. Defendant with file its Reply Memorandum in Support of Motion to Dismiss on or before September 12, 2008.

E. There shall be a Status Hearing on October 2, 2008 at 9:00 a.m.

Judge Wayne R. Andersen
United States District Judge

Dated: July 25, 2008

524697.2