IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK SALINSKE, for himself and all others similarly situated, )<br>)<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>CALUMET CITY, ILLINOIS, )<br>)<br>)<br>   Defendant. ) | Case No. 08-cv-03017<br><br>Judge Wayne R. Andersen<br>Magistrate Judge Morton Denlow |

**NOTICE OF MOTION**

To:  John B. Murphey               Mark H. Sterk
     Rosenthal Murphey & Coblentz  Odelson & Sterk, Ltd.
     30 North LaSalle Street       3318 West 95th Street
     Suite 1624                    Evergreen Park, Illinois 60805
     Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on September 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen in courtroom 1403 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **ALONZO SMILEY'S MOTION TO SUBSTITUTE PROPOSED CLASS REPRESENTATIVE**, a copy of which is attached hereto.

Dated: September 2, 2008                Respectfully submitted,

                                        **NICK SALINSKE**


                                        By:   /s/ Patrick T. Nash
                                              One of His Attorneys

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Mark A. Semisch
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700

556605.1