IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK SALINSKE, for himself and all others similarly situated, )<br>)<br>)<br>    *Plaintiffs*, )<br>)<br>v. )<br>)<br>)<br>CALUMET CITY, ILLINOIS, )<br>)<br>)<br>)<br>    *Defendant.* ) | Case No. 08-cv-03017<br><br>Judge Wayne R. Andersen<br>Magistrate Judge Morton Denlow |

### NOTICE OF MOTION

To:   John B. Murphey                    Mark H. Sterk
       Rosenthal Murphey & Coblentz   Odelson & Sterk, Ltd.
       30 North LaSalle Street           3318 West 95th Street
       Suite 1624                              Evergreen Park, Illinois 60805
       Chicago, Illinois 60602

     PLEASE TAKE NOTICE that on September 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen in courtroom 1403 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **MOTION OF MAINSTREET ORGANIZATION OF REALTORS® FOR LEAVE TO INTERVENE**, a copy of which is attached hereto.

Dated: September 3, 2008                Respectfully submitted,

                                             **MAINSTREET ORGANIZATION OF REALTORS®**

                                             By:   /s/ Patrick T. Nash
                                                     One of His Attorneys

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Mark A. Semisch
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700

556601.1